S. Otis, W. F. Harrison and H. Cohen, Plaintiffs in Error, v. Green Spell, Defendant in Error.

### In Banc.

Writ of error to Circuit Court, Santa Rosa county; Lucius J. Reeves, Judge.

Thomas F. West for plaintiff in error.

A. G. Campbell for defendant in error.

This action was brought by the plaintiffs in error against the defendant in error. There was judgment for the defendant, and the plaintiffs take writ of error. The judgment is affirmed.

Decision *Per Curiam.*